DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**CHAD TAYLOR,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D19-907

[July 3, 2019]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; John S. Kastrenakes, Judge; L.T. Case No. 2008CF010286AXX.

Chad Taylor, Okeechobee, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

GROSS, FORST and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***